# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00006-CV

**In re R. Wayne Johnson**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator R. Wayne Johnson filed a petition for writ of mandamus. However, Johnson has been adjudged to be a vexatious litigant, thus requiring him to comply with prefiling orders under chapter 11 of the civil practice and remedies code for any litigation, original proceeding, appeal, or other claim he presents. *See* Tex. Civ. Prac. & Rem. Code § 11.101; *see also In re Johnson*, No. 03-13-00531-CV, 2013 Tex. App. LEXIS 11173, at *1 (Tex. App.—Austin Aug. 20, 2013, orig. proceeding) (mem. op.); http://www.courts.state.tx.us/oca/VexatiousLitigants.asp. Because a vexatious litigant who is subject to a prefiling order must comply with chapter 11 by obtaining an order from the local administrative judge permitting the litigant's requested filing, we notified Johnson on January 13, 2014 that his petition was subject to the prefiling requirement and requested that he provide the required order by January 23, 2014. *See* Tex. Civ. Prac. & Rem. Code §§ 11.102(a), .1035.

Johnson failed to respond to this Court's notice and made no showing that he complied with chapter 11 by obtaining an order from the local administrative judge permitting

the filing of this mandamus petition.  *See* Tex. Civ. Prac. & Rem. Code § 11.102(a).  Accordingly,

Johnson's petition for writ of mandamus is dismissed.  *See id.* § 11.1035(b).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed:   January 31, 2014

2